

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00386-CV

**IN THE INTEREST OF J.R.S.**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00465
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because Appellant is indigent, no costs of court are taxed in this appeal.

SIGNED September 23, 2015.

_____
Patricia O. Alvarez, Justice